[No. 40044-8-II.   Division Two.   March 22, 2011.]

THE STATE OF WASHINGTON, *Appellant*, v. SHANNON J. CASERI, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-01196-8, John P. Wulle, J., entered October 21, 2009. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Penoyar, C.J., and Quinn-Brintnall, J.

[No. 28918-4-III.   Division Three.   March 22, 2011.]

*In the Matter of the Marriage of* MARIA BRO, *Respondent*, and THOMAS BRO, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-3-00801-1, Gregory D. Sypolt, J., entered April 1, 2010. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.

[No. 28922-2-III.   Division Three.   March 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERMAN IRWIN PULLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 97-1-01936-3, Ellen K. Clark, J., entered March 4, 2010. *Affirmed* by unpublished opinion per Siddoway, J., concurred in by Korsmo, A.C.J., and Sweeney, J.

[No. 29016-6-III.   Division Three.   March 22, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN CARLOS CORTEZ BARAJAS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 09-8-00155-1, Evan E. Sperline, J., entered April 12, 2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Sweeney and Siddoway, JJ.